UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HYRUM VAZQUEZ-TERRONES,<br>　aka "Hyrum Eli Vazquez,"<br>　aka "Hyrum Eli Vasquez,"<br>　aka "Hyrum R. Vasquez,"<br>　aka "Hyrum Vazquez,"<br><br>　　　　Defendant. | Case No. 2:22-mj-00695-EJY<br><br>**Order Directing Probation to Prepare a Criminal History Report** [Proposed] |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 9th day of September, 2022.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE