**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00695-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| HYRUM VAZQUEZ-TERRONES, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Thursday, December 8, 2022 at 4:00 p.m., be vacated and continued to January 23, 2023 at the hour of 4:00 p.m. in Courtroom 3A.

DATED this 2nd day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

4